**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL MARSHALL, | ) | Case No. CV-12-3638-R |
| Plaintiffs, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| BAXTER SHORT-TERM DISABILITY PLAN et al, | ) | |
| Defendants. | ) | |

    THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated July 13, 2012

                                        MANUEL L. REAL
                                    United States District Judge